# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

v.

**James Robert Richey**

RECEIVED
*By THewlett at 9:55 am, Jun 06, 2025*

Case No: 4:18-cr-00001-TS-1

## ARREST WARRANT

To:      The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   JAMES ROBERT RICHEY                                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information
☐ Complaint      ☐ Order of court      ☐ Violation Notice      ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation(s) on Petition**

in violation of _____ United States Code.

Ted Stewart                                             United States District Judge
Name of Issuing Officer                                 Title of Issuing Officer

                                                        June 6, 2025 at Salt Lake City, Utah
Signature of Issuing Officer                            Date and Location

By:      MOZELLE HIATT
Deputy Clerk

Bail fixed _____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |